IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00190-WDM

ABEL ONTIVEROS, et al.,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant.

_____

**ORDER OF RECUSAL**
_____

Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter because he has a financial interest in a party and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on May 16, 2006.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge

PDF FINAL