IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00190-EWN-MEH

ABEL ONTIVEROS, et al.,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 19, 2006.**

For good cause show, the Unopposed Motion for Entry of a Protective Order [Filed June 15, 2006; Docket #33] is **granted**. The Protective Order shall issue separately.