IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00190–EWN–MEH

ABEL ONTIVEROS,
MAGDELENA ONTIVEROS,
JUAN PINEDA,
GLORIA PINEDA,
ISMAEL GUZMAN, and
LIBERTY MUTUAL FIRE INSURANCE COMPANY,
as subrogee for Abel Ontiveros, Juna F. Pineda and Ismael
Guzman,

      Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

      This matter is before the court on the "Unopposed Motion to Dismiss with Prejudice" filed September 8, 2006. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

      **ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 12th day of September, 2006.

                                                   BY THE COURT:

                                                   s/ Edward W. Nottingham
                                                   EDWARD W. NOTTINGHAM
                                                 United States District Judge